1  JAMES L. PAGANO, ESQ (CA. State Bar No. 098185)
   WILLIAM F. SCHAUMAN, ESQ. (CA State Bar No. 210661)
2  LAW OFFICES OF JAMES L. PAGANO
   96 North Third Street, Suite 620
3  San Jose, CA  95112
   Telephone: (408) 999-5678
4  Facsimile: (408) 999-5684

5  Attorneys for Adversary Proceeding Plaintiffs/Judgment Creditors,
   ESTATE OF MERRILL J. MALONEY By SHARON R.
6  MALONEY, its Personal Representative, and
   SHARON R. MALONEY, Individually

7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11 IN RE: ALBERT GARLAND,            )  Case No. CIV- S-05-0212 FCD
                                     )
12          Debtor.                  )  Bankruptcy Case #94-94171-A-7
                                     )
13 SSN: 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                  )  Chapter 7
                                     )
14 _____)  Adversary No. 95-9018
                                     )
15 ESTATE  OF  MERRILL  J.  MALONEY  By)  Motion No. RCI-5
   SHARON  R.  MALONEY,  its  Personal)
16 Representative, and SHARON R. MALONEY,)  **ORDER  PER  "STIPULATION  FOR**
   Individually,                     )  **ORDER FURTHER EXTENDING THE**
17                                    )  **TIME  FOR  APPELLANTS  TO  FILE**
            Plaintiffs,              )  **OPENING BRIEF AND RECORD ON**
18                                    )  **APPEAL  IN  VIEW  OF  PENDING**
   vs.                               )  **SETTLEMENT NEGOTIATIONS"**
19                                    )
   ALBERT GARLAND,                   )           "AS MODIFIED"
20                                    )
            Defendant.               )
21 _____)

22          This Court, having read and considered the **"**Stipulation for Order Further Extending the

23 Time for Appellants to File Opening Brief and Record on Appeal in View of Pending Settlement

24 Negotiations" ("Stipulation") executed by counsel for the Parties to the referenced appeal, to wit,

25 Plaintiffs/Appellants, Estate of Merrill J. Maloney and Sharon R. Maloney, and Defendant/ Appellee,

26 Albert G. Garland, and filed with this Court on Tuesday, May 10, 2005; and finding that good cause

27 for the issuance of the following Order has been demonstrated,

28
                                         1
   **[PROPSOSED] ORDER PER "STIPULATION FOR ORDER FURTHER EXTENDING**
   **THE TIME FOR APPELLANTS TO FILE OPENING BRIEF AND RECORD ON**
   **APPEAL IN VIEW OF PENDING SETTLEMENT NEGOTIATIONS"**

1    The court notes that this is the third extension granted to the partes.   All further requests

2    shall be made by a properly filed and noticed motion.   IT IS HEREBY ORDERED that the deadline

3    for Appellants to file their Opening Brief and the Record on this Appeal is extended   to and

4    including Monday, July 11, 2005.  If such a brief is filed, Appellees shall have through and including

5    Thursday, July 21, 2005 to file their response brief.  Any reply brief to be filed by Appellants will

6    be filed on or before Tuesday, August 2, 2005.   No further extensions will be granted by

7    stipulations.

8    DATED: May 12, 2005

9

10                                                  /s/ Frank C. Damrell Jr.
                                                    FRANK C. DAMRELL JR.
11                                                  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPSOSED] ORDER PER "STIPULATION FOR ORDER FURTHER EXTENDING
THE TIME FOR APPELLANTS TO FILE OPENING BRIEF AND RECORD ON
APPEAL IN VIEW OF PENDING SETTLEMENT NEGOTIATIONS"**

1

## MAILING LIST

2 Larry J. Cox
Attorney at Law
3 5150 Sunrise Boulevard, Building H-2
Fair Oaks, CA 95628

4

*Courtesy Copy Only*:

5

Robert Craig Iseley, Esq.
6 Attorney at Law
9616 Micron Avenue, Ste. 700
7 Sacramento, CA  95827

8

G:\DOCS\FCD\orders to be signed\garland bk appeal 0510.wpd

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPSOSED] ORDER PER "STIPULATION FOR ORDER FURTHER EXTENDING
THE TIME FOR APPELLANTS TO FILE OPENING BRIEF AND RECORD ON
APPEAL IN VIEW OF PENDING SETTLEMENT NEGOTIATIONS"