JAMES L. PAGANO, ESQ (CA. State Bar No. 098185)
BOONE T. WHITE (CA. State Bar No. 227030 )
LAW OFFICES OF JAMES L. PAGANO
96 North Third Street, Suite 620
San Jose, CA  95112
Telephone: (408) 999-5678
Facsimile: (408) 999-5684

Attorneys for Adversary Proceeding Plaintiffs/Judgment Creditors,
ESTATE OF MERRILL J. MALONEY By SHARON R. MALONEY, its Personal Representative, and
SHARON R. MALONEY, Individually

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: ALBERT GARLAND,<br><br>    Debtor.<br><br>SSN: 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<br>_____<br><br>ESTATE OF MERRILL J. MALONEY By SHARON R. MALONEY, its Personal Representative, and SHARON R. MALONEY, Individually,<br><br>    Plaintiffs,<br><br>vs.<br><br>ALBERT GARLAND,<br><br>    Defendant.<br>_____ | Case No. CIV- S-05-00212 FCD<br><br>Bankruptcy Case #94-94171-A-7<br><br>Chapter 7<br><br>Adversary No. 95-9018<br><br>Motion No. RCI-5<br><br>**STIPULATION FOR ORDER DISMISSING APPEAL WITH PREJUDICE, WITH ORDER THEREON** |

    The Parties hereto, adversary proceeding Plaintiffs/Appellants, Estate of Merrill J. Maloney and Sharon R. Maloney ("Appellants"), and adversary proceeding Defendant/Appellee, Albert Garland ("Appellee"), hereby authorize their respective counsel of record, Law Offices of James L. Pagano for Appellants and Law Office of Larry Cox, Appellee, to request that the above-referenced Court now dismiss, with prejudice, this appeal for the reason that the Parties have achieved and have fully implemented a settlement of each and all of the pending lawsuits and related litigation between them.

IT IS SO AGREED.

Dated: August 18, 2005                         LAW OFFICES OF JAMES L. PAGANO

                                                    by   /s/   James L. Pagano
JAMES L. PAGANO, ESQ.,
Attorneys for Plaintiffs/Appellants, Estate of Merrill J. Maloney and Sharon R. Maloney

Dated: August 18, 2005                         LAW OFFICES OF LARRY COX

                                                    by   /s/   Larry Cox
LARRY COX, ESQ.,
Attorney for Defendant/Appellee, Albert G. Garland

## **ORDER**

Having reviewed the foregoing stipulation of the Parties and finding that it sets forth sufficient evidence of an appropriate cause therefor, IT IS HEREBY ORDERED that the above-captioned appeal shall be, and it hereby is, DISMISSED, with prejudice.

Dated: August 25, 2005                         /s/ Frank C. Damrell Jr.
The Honorable Frank C. Damrell, Jr.,
District Court Judge

G:\DOCS\FCD\orders to be signed\GARLAND Stip Dismiss 0824.wpd